UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
FILED
SEP 29 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 04-582-GWU

WILLIAM K. MOSLEY
C/O LISA MOSLEY,                                              PLAINTIFF,

VS.                          **ORDER**

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,                              DEFENDANT.

* * * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1) the Defendant's motion for summary judgment is GRANTED;

(2) the Plaintiff's motion for summary judgment is DENIED; and

(3) the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 29 day of September, 2005.

G. WIX UNTHANK
SENIOR JUDGE